IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAYLIN TOLES, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:18-CV-889-WKW |
| ) | [WO] |
| SHERIFF WALLY OLSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On January 8, 2019, the Magistrate Judge filed a Recommendation (Doc. # 12) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) the Recommendation is ADOPTED (Doc. # 12); and

(2) Plaintiff's action is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 29th day of January, 2019.

                                    /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE